IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JUSTIN MAPLES,**

   Plaintiff,

v.           Case No. 1:12-cv-0294-WDS/RHS

**MATTHEW VOLLMER,**
an Officer of the Albuquerque Police Department,
Individually, **D FOX,**
an Officer of the Albuquerque Police Department,
Individually**, and CITY OF ALBUQUERQUE**,
a municipality organized under the laws of the State
of New Mexico,

   Defendant.

## <u>INITIAL SCHEDULING ORDER</u>

**THIS MATTER** is assigned to me for all scheduling, case management, discovery and

non-dispositive motions.  The Federal Rules of Civil Procedure, as amended, and the Local

Rules of Civil Procedure for the United States District Court shall apply to this civil litigation.

**IT IS THEREFORE ORDERED** that all pretrial practice in the above-captioned cause

shall be in accordance with the following:

  1. The parties, appearing through counsel of record or pro se, are hereby directed to

personally meet and confer no later than **Wednesday, May 16, 2012**, for the purpose of

formulating a Joint Status Report and Provisional Discovery Plan (hereinafter referred to as

"JSR") pursuant to Fed. R. Civ. P. 26(f).  The time allowed for discovery is generally 120 to 150

days.  The parties and counsel shall cooperate in preparing a JSR.  The standardized JSR form is

available at the Court's web site, www.nmcourt.fed.us, and may be downloaded for use in

preparation of the JSR in the instant cause.  The blanks in the JSR for suggested/proposed dates

are to be filled in by the parties.  The final case management dates will be determined by the

Court after consideration of the requests of the parties.  Plaintiff(s), or Defendant(s) in removed cases, shall be responsible for the filing of the JSR on or before **Monday, May 21, 2012.**

2.  Initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made within fourteen (14) days of the date of the meet-and-confer session.

3.  The parties and counsel may not modify the case management deadlines set forth herein without the showing of good cause and then only upon the express and written order of the Court.  Modifications not approved by the Court will not be recognized and are not binding upon this litigation.

4.  The Rule 16 Scheduling Conference will be conducted in my chambers in the Pete V. Domenici United States District Courthouse, 333 Lomas Boulevard, NW, Albuquerque, New Mexico, Suite 620, on **Thursday, May 24, 2012 at 10:00 a.m. (MST).**  The attorney or attorneys who will be presenting the case at trial on the merits may attend in person or may attend telephonically by calling (505) 348-2329.   If you plan to attend telephonically, telephone Judge Scott's chambers at (505) 348-2300 the day before the conference to state that you will appear via telephone.  At the Rule 16 Scheduling Conference, counsel shall be prepared to discuss discovery needs and scheduling, all claims and defenses, the use of scientific evidence or whether a Daubert hearing is needed, initial disclosures, and the timing of expert disclosures and reports under Fed. R. Civ. P. 26(a)(2).  We will also discuss settlement prospects and alternative dispute resolution possibilities and the consideration of consent pursuant to 28 U.S.C. §636(c).  Clients are invited but not required to attend the scheduling conference.

Pretrial practice in this cause shall be in accordance with the foregoing.

Signed and entered May 3, 2012.

_Robert Hayes Scott_
ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE