IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JUSTIN MAPLES,**

    Plaintiff,

vs.                                                           1:12-cv-00294-JB-RHS

**MATTHEW VOLLMER,**
an Officer of the Albuquerque
Police Department, Individually,

**D. FOX,**
an Officer of the Albuquerque
Police Department, Individually,

**CITY OF ALBUQUERQUE,**
a municipality organized under the
laws of the State of New Mexico,

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING

**COMES NOW**, Defendants Matthew Vollmer, D. Fox and City of Albuquerque ("Defendants") by and through their attorney of record, Kristin J. Dalton, Assistant City Attorney, and hereby give notice that briefing is completed as to Defendants' Motion to Dismiss, filed on December 20, 2012 [Doc. 19]. No response to Defendants' Motion to Dismiss has been filed and the time to do so has expired. *See* Fed. R. Civ. P. 6; *see also* D.N.M.LR-Civ. 7.4(a).

Respectfully submitted,

**CITY OF ALBUQUERQUE**
David J. Tourek, City Attorney

/s/ Kristin J. Dalton
Kristin J. Dalton
Assistant City Attorney
P. O. Box 2248
Albuquerque, NM 87102
(505) 768-4500

*Attorney for Defendants City of Albuquerque, Officers Matthew Vollmer and D. Fox*

I certify that a true copy of the foregoing pleading was e-filed and served to:

Albert L. Hutchinson, Jr.
Anna C. Martinez
AEQUITAS LAW, LLC
P.O. Box 25304
Albuquerque, NM 87125
(505) 750-8005

*Attorneys for Plaintiff*

on this 7th day of January, 2013.


/s/ Kristin J. Dalton
Assistant City Attorney