IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUSTIN MAPLES,

    Plaintiff,

vs.                                          1:12-cv-00294 JB/RHS

MATTHEW VOLLMER,
an Officer of the Albuquerque
Police Department, Individually,

D. FOX,
an Officer of the Albuquerque
Police Department, Individually,

CITY OF ALBUQUERQUE,
a municipality organized under the
laws of the State of New Mexico,

    Defendants.

## DEFENDANTS' TRIAL EXHIBIT LIST

This matter is set for trial March 13, 2013, pursuant to the Minute Order filed on March 4, 2013 [Doc. 44]. Pursuant to the Pretrial Order filed on March 1, 2013, Defendants hereby submit the following trial exhibit list:

### EXHIBIT LIST

| Presiding Judge:<br>Browning | Plaintiff's Counsel:<br>Albert L. Hutchinson, Jr.,<br>Anna C. Martinez | Defendant's Counsel:<br>Kristin J. Dalton, Stephanie Griffin |
|---|---|---|
| Trial Dates:<br>March 13-15, 2013 | Court Reporter: | Courtroom Deputy/Law Clerk: |

2

# DEFENDANTS' EXHIBITS

| | | |
|---|---|---|
| 1. | Defendants' Exhibit A | CAD from Incident No. P100260696 |
| 2. | Defendants' Exhibit B | Transcript of 911 recording from call made by Sarah Lane on 1/26/10 |
| 3. | Defendants' Exhibit C | Recording of 911 call made by Sarah Lane on 1/26/10 |
| 4. | Defendants' Exhibit D | Recording of dispatch for Police Call # P100260696 |
| 5. | Defendants' Exhibit E | Premise Information for 1111 Major Ave. NW (referencing Plaintiff Justin Maples) |
| 6. | Defendants' Exhibit F | Google aerial map of 1111 Major Ave. NW |
| 7. | Defendants' Exhibit G | APD Report No. 01-106432 |
| 8. | Defendants' Exhibit H | APD Report No. 04-91362 |
| 9. | Defendants' Exhibit I | APD Report No. 04-109248 |
| 10. | Defendants' Exhibit J | APD Report No. 04-130413 |
| 11. | Defendants' Exhibit K | APD Report No. 05-44552 |
| 12. | Defendants' Exhibit L | APD Report No. 05-38158 |
| 13. | Defendants' Exhibit M | APD Report No. 05-80526 |
| 14. | Defendants' Exhibit N | APD Report No. 05-88170 |
| 15. | Defendants' Exhibit O | APD Report No. 05-88170 |
| 16. | Defendants' Exhibit P | APD Report No. 05-118271 |
| 17. | Defendants' Exhibit Q | APD Report No. 06-51814 |
| 18. | Defendants' Exhibit R | APD Report No. 07-94444 |

19. Defendants' Exhibit S         APD Report No. 08-35438

20. Defendants' Exhibit T         APD Report No. 090062171

21. Defendants' Exhibit U         APD Report No. 090116927

22. Defendants' Exhibit V         APD Report No.090116957

23. Defendants' Exhibit W         APD Report No. 100008546

24. Defendants' Exhibit X         APD Report No. 100020847

25. Defendants' Exhibit Y         APD Report No. 100041244

26. Any exhibit identified by Plaintiff

27. Any exhibit identified in discovery

28. Any exhibit necessary for rebuttal

Respectfully submitted,

**CITY OF ALBUQUERQUE**
David J. Tourek, City Attorney

/s/ *Kristin J. Dalton*
Kristin J. Dalton
Assistant City Attorney
P. O. Box 2248
Albuquerque, NM 87102
(505) 768-4500
F: (505) 768-4440

*Attorney for Defendants City of Albuquerque, Officers Matthew Vollmer and D. Fox*

I certify that a true copy of the
foregoing pleading was e-filed and
served to:

Albert L. Hutchinson, Jr.
Anna C. Martinez
AEQUITAS LAW, LLC
P.O. Box 25304
Albuquerque, NM 87125
(505) 750-8005

*Attorneys for Plaintiff*

on this 4th day of March, 2013.


/s/ *Kristin J. Dalton*
Assistant City Attorney

4