## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JUSTIN MAPLES,**

        **Plaintiff,**

**v.**                                        **No. 12-cv-00294-JB/RHS**

**MATTHEW VOLLMER,**
**an Officer of the Albuquerque**
**Police Department, Individually,**

**D. FOX,**
**an Officer of the Albuquerque**
**Police Department, Individually,**

**CITY OF ALBUQUERQUE,**
**a municipality organized under the**
**laws of the State of New Mexico,**

        **Defendants.**

## <u>PLAINTIFFS' EXHIBIT LIST</u>

    **COMES NOW**, Plaintiff Justin Maples, through counsel, AEQUITAS LAW, LLC, Anna

C. Martinez, and hereby submits the list of exhibits Plaintiff may use at trial:

        1)      CADS recordings and documents of recorded contact between dispatch and officers;

        2)      Photographs of 1111 Major Ave. NW and the wall and alley behind 1111 Major Ave. NW;

        3)      Any exhibits identified by Defendants;

        4)      Any exhibit identified in discovery; and

        5)      Any exhibit necessary for rebuttal.

Respectfully Submitted:
**AEQUITAS LAW, LLC**

/s/

By:    _____

Anna C. Martinez
P.O. Box 25304
Albuquerque, NM  87125
(505) 750-8005
anna@aequitas.pro

I HEREBY CERTIFY that a true and correct
copy of the foregoing pleading was delivered
to all counsel of record through the Court's
CM/ECF document filing and delivery service
on March 5, 2013.

/s/

_____
Anna C. Martinez